# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

USA

vs.                          Case Number: EP:19-M -04253(1) LS

(1) Facundo Hernandez-Moreno

## ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this court that he or she is financially unable to employ counsel, and does not wish to waive counsel.

Because the interests of justice so require, Victor Salas, a duly licensed attorney in this District is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

This appointment shall remain in effect until further order of this court.

It is, accordingly, so **ORDERED** this **April 16, 2019.**

_____
**UNITED STATES MAGISTRATE JUDGE
LEON SCHYDLOWER**