# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| **USA** § § | |
| vs. § | **No: EP:19-CR-01411(1)-DCG** |
| § § | |
| **(1) Facundo Hernandez-Moreno** § | |
| *Defendant* | |

# ORDER RESETTING PLEA AND SENTENCING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for PLEA AND SENTENCING in District Courtroom, Room 322, on the 3rd Floor of the United States Courthouse, 525 Magoffin, El Paso, TX, on:

**Tuesday, November 12, 2019 at 9:30 AM**

The Court finds that the interests of justice outweigh the interests of Defendant and the public in a speedy trial, in that more time is needed by Defendant for preparation of the defense of this case, and that the time from June 20, 2019 through November 12, 2019 , is excludable time within the meaning of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to counsel for defendant, the United States Attorney, and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting.

IT IS FURTHER ORDERED that if for any reason the defendant or counsel is not available that the attorney of the defendant must file a motion for continuance waiving defendant's speedy trial rights for the period of the continuance.

IT FURTHER ORDERED that if there is any need for an interpreter other than a Spanish language interpreter for the defendant should be communicated to the Courtroom Deputy, no later than three (3) days prior to the court setting wherein the interpreter will be required.

IT IS SO ORDERED this the **22nd day of October, 2019**.

_____
HONORABLE DAVID C GUADERRAMA
UNITED STATES DISTRICT JUDGE